MARY GROWTAGE, Respondent, v. JOSEPH YORK, Appellant.

(Submitted March 21, 1887; decided April 19, 1887.)

*Jerry A. Wernberg* for appellant.

*F. P. Bellamy* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.

---

IDA S. BUSH, Respondent, v. WILLIAM B. POST, as Executor, etc., Appellant.

(Argued March 21, 1887; decided April 19, 1887.)

*Calvin D. Van Name* for appellant.

*Benjamin Patterson* for respondent.

Agree to dismiss appeal; no opinion.

All concur.

Appeal dismissed.